IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PINE STATE REGIONAL CENTER, LLC                                PLAINTIFF

v.                    CASE NO. 4:25-CV-00386-BSM

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES                                       DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE